IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WILLIE DVON SYKES                                                                                         PLAINTIFF

v.                                            Case No. 1:22-cv-1049

CAPTAIN RICHARD MITCHAM,
Union County Detention Center                                                                    DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed September 29, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7.  Plaintiff Willie Dvon Sykes filed the instant action against Defendant Captain Richard Mitcham in his individual and official capacity.  ECF No. 6.  In his first claim, Plaintiff alleges that Defendant violated his due process rights because, although Plaintiff addressed multiple grievances to "Lieutenant Worley," Defendant answered those grievances.  ECF No. 6.  In his second claim, Plaintiff alleges that Defendant violated his constitutional right to be free from cruel and unusual punishment when Defendant failed to fix Plaintiff's leaking toilet.  ECF No. 6.

Judge Bryant recommends dismissing Plaintiff's Amended Complaint (ECF No. 6) in part for failure to state a claim upon which relief may be granted.  More specifically, Judge Bryant explains that Plaintiff's due process claim, as against Defendant both in his individual and official capacity, fails because the grievance process does not give rise to a protected liberty interest.  He further explains that Plaintiff's conditions of confinement claim fails insofar as he brings the claim against Defendant in Defendant's official capacity because Plaintiff does not allege that Defendant was acting pursuant to an unconstitutional policy or custom or a failure to train.  ECF No. 7, at 3-5.  However, insofar as Plaintiff brings a conditions of confinement claim against Defendant in

Defendant's individual capacity, Judge Bryant recommends allowing that claim to survive preservice screening.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Amended Complaint (ECF No. 6) is hereby **DISMISSED WITHOUT PREJUDICE** insofar as Plaintiff alleges a due process claim against Defendant in Defendant's individual and official capacity and a conditions-of-confinement claim against Defendant in Defendant's official capacity. However, Plaintiff's Amended Complaint (ECF No. 6) remains insofar as Plaintiff brings a conditions-of-confinement claim against Defendant in Defendant's individual capacity.

**IT IS SO ORDERED**, this 13th day of December, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge